AO 10
Rev. 1/2019

# FINANCIAL DISCLOSURE REPORT
# FOR CALENDAR YEAR 2019

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| James, Teresa J. | U.S. District Court for the District of Kansas | 07/21/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Magistrate Judge | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>**5b.** ☐ Amended Report | 01/01/2019<br>**to**<br>12/31/2019 |

**7. Chambers or Office Address**

Robert J. Dole United States Courthouse
500 State Ave
Kansas City, KS 66101

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Past President | Earl E. O'Connor Inn of Court |
| 2. | Board Member | Federal Bar Association, Kansas Chapter |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| James, Teresa J. | 07/21/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2019 | Asbury United Methodist Church (salary) |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| James, Teresa J. | 07/21/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| James, Teresa J. | 07/21/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. | Individual Assets (H) | | | | | | | | | |
| 2. | Commerce Bank Accounts (cash) | A | Interest | J | T | | | | | |
| 3. | Account #1 (H) | | | | | | | | | |
| 4. | Vanguard Prime Money Market Fund (VMMXX) (X) | A | Dividend | J | T | | | | | |
| 5. | Vanguard Total International Bond Index Admiral (VTABX) | C | Dividend | L | T | | | | | |
| 6. | Vanguard Total Intl Stock Index Adm (VTIAX) | C | Dividend | M | T | Sold (part) | 01/16/19 | K | | |
| 7. | Vanguard Total Bond Market Index Fund (VBTLX) | C | Dividend | M | T | Buy (add'l) | 12/05/19 | L | | |
| 8. | Vanguard 500 Index Fund Admiral (VFIAX) | D | Dividend | N | T | | | | | |
| 9. | Account #2 (H) | | | | | | | | | |
| 10. | Vanguard Federal Money Market Fund (VMFXX) (cash) | A | Dividend | M | T | | | | | |
| 11. | Alphabet Inc Cl C (GOOG) | | None | J | T | Sold (part) | 07/26/19 | K | | |
| 12. | | | | | | Buy (add'l) | 10/02/19 | K | | |
| 13. | | | | | | Sold (part) | 11/07/19 | K | | |
| 14. | Alphabet Inc Cl A (GOOGL) | | None | J | T | Sold (part) | 07/26/19 | K | | |
| 15. | Amazon.Com Inc (AMZN) | | None | M | T | Buy (add'l) | 05/31/19 | J | | |
| 16. | | | | | | Sold (part) | 07/10/19 | L | | |
| 17. | | | | | | Buy (add'l) | 08/14/19 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| James, Teresa J. | 07/21/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18.  AT&T Inc (T) | A | Dividend | K | T | Sold<br>(part) | 06/03/19 | J | | |
| 19. | | | | | Buy<br>(add'l) | 10/02/19 | J | | |
| 20.  Duke Energy Corp New (DUK) | B | Dividend | K | T | Sold<br>(part) | 10/10/19 | K | | |
| 21.  Exxon Mobil Corp (XOM) | B | Dividend | K | T | | | | | |
| 22.  Oneok Inc New (OKE) | B | Dividend | K | T | Sold<br>(part) | 10/10/19 | K | | |
| 23.  Apple Inc (AAPL) | A | Dividend | | | Sold<br>(part) | 04/22/19 | J | | |
| 24. | | | | | Buy<br>(add'l) | 05/31/19 | J | | |
| 25. | | | | | Sold<br>(part) | 09/25/19 | J | | |
| 26. | | | | | Sold<br>(part) | 10/10/19 | J | | |
| 27. | | | | | Sold<br>(part) | 10/11/19 | J | | |
| 28. | | | | | Sold<br>(part) | 10/21/19 | J | | |
| 29. | | | | | Sold<br>(part) | 10/31/19 | J | | |
| 30. | | | | | Sold<br>(part) | 11/07/19 | J | | |
| 31. | | | | | Sold<br>(part) | 11/14/19 | J | | |
| 32. | | | | | Sold<br>(part) | 11/15/19 | J | | |
| 33. | | | | | Sold | 12/06/19 | J | | |
| 34.  Facebook Inc Cl A (FB) | | None | | | Sold<br>(part) | 05/31/19 | K | | |

| 1 | Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|---|
| | (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 | Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 | Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| James, Teresa J. | 07/21/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. | | | | | Sold<br>(part) | 07/10/19 | J | | |
| 36. | | | | | Sold<br>(part) | 10/21/19 | J | | |
| 37. | | | | | Sold<br>(part) | 10/31/19 | J | | |
| 38. | | | | | Sold | 12/06/19 | J | | |
| 39. Account #3 (H) | | | | | | | | | |
| 40. Apple Inc Com (AAPL) | A | Dividend | J | T | | | | | |
| 41. AT&T Inc Com (T) | A | Dividend | J | T | Sold<br>(part) | 06/03/19 | J | | |
| 42. Duke Energy Holdings Corp Com (DUK) | A | Dividend | J | T | | | | | |
| 43. Energy Transfer LP (ET) | A | Dividend | J | T | Buy | 01/31/19 | J | | |
| 44. Magellan Midstream Partners (MMP) | A | Dividend | J | T | Buy | 02/05/19 | J | | |
| 45. Williams Companies Inc Com (WMB) | A | Dividend | J | T | Buy | 12/05/19 | J | | |
| 46. Alphabet Inc Com Cl C (GOOG) (Y) | | | | | | | | | |
| 47. Account #4 (H) | | | | | | | | | |
| 48. Vanguard 500 Index Admiral Cl (VFIAX) | B | Dividend | L | T | | | | | |
| 49. Account #5 (H) | | | | | | | | | |
| 50. Vanguard 500 Index Fund Adm (VFIAX)<br>(Y) | | | | | | | | | |
| 51. Account #6 (H) | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| James, Teresa J. | 07/21/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. American Funds American Balanced Fund A (ABALX) | A | Dividend | K | T | | | | | |
| 53. Account #7 (H) | | | | | | | | | |
| 54. Vanguard Target Retirement 2025 Investor Cl (VTTVX) | A | Dividend | K | T | Buy (add'l) | 02/05/19 | K | | |
| 55. | | | | | Sold (part) | 06/03/19 | M | | |
| 56. Account #8 (H) | | | | | | | | | |
| 57. Stable Value Fund (SVF) (cash equiv) | A | Interest | K | T | | | | | |
| 58. Fixed Income Fund (FIF) | | None | M | T | Buy (add'l) | 12/20/19 | J | | |
| 59. Extended Term Fixed Income Fund (ETFIF) | | None | L | T | Buy (add'l) | 12/20/19 | J | | |
| 60. Multiple Asset Fund (MAF) | | None | L | T | | | | | |
| 61. U.S. Equity Fund (USEF) | | None | M | T | Sold (part) | 12/20/19 | K | | |
| 62. International Equity Fund (IEF) | | None | M | T | Sold (part) | 12/20/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **James, Teresa J.** | 07/21/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, Column B: Lines reflecting no income are so reported because there was none attributed to those particular holdings during the reporting period, whether taxable, tax exempt, or tax deferred, or because the investments do not allocate income to individual holdings, but instead are credited only in unit value, per page 42 of the filing instructions.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  s/ **Teresa J. James**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544